# United States District Court
# Eastern District of Wisconsin

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2010 FEB -9 A 11:53

JON W. SANFILIPPO
CLERK

10-C-0111

JESSE D. WILLIAMS

(Full Name of Plaintiff or Plaintiffs)

vs

Deb McCulloch - New director
STEVE WATTERS Ex Director
Patricia (Patti) Jones Sergeant
Pro
Officer Melanie Tengblad
William (Bill) Parker Captain Property
Officer Fritz Klein

Officer Steve Shaw, officer Kenkens
(Full Name of Defendant or Defendants)

No. ______________
(Supplied by Clerk)

## COMPLAINT

## I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court relating to the same occurrence involved in this action?

☐ YES ☒ NO

B. Have you begun other lawsuits in state or federal court?

☐ YES ☒ NO

C. If your answer to A or B was YES, provide the requested information below. If there is more than one lawsuit, describe each additional one on a separate sheet of paper, using the same outline.

1. Parties to the previous lawsuit

Plaintiff(s) NA

Defendant(s) NA

2. Court in which lawsuit brought (if federal court, name district: if state court, name the county) NA

3. Docket number NA

4. Current status (for example: Was the case dismissed? Was it appealed? Is it still pending)? NA

5. Approximate date of filing lawsuit NA

6. Approximate date of disposition NA

## II. PARTIES

A. Your name (PLAINTIFF) Jesse D. Williams

B. Your Address P.O. Box 800 Mauston, WI 53948-0800

(If there is more than one plaintiff, use the margin for extra space if you need it. List the address only if it is different from the address listed above).

C. DEFENDANT (name) STEVE WATTERS (EX-DIRECTOR, HERE AT THE TIME of INCIDENTS); Deb McCulloch (New Director)

D. Defendants address 1111 North Road P.O. Box 800 Mauston, WI 53948 Official Capacities, Individual Capacities, and/or Personal Capacities

E. Additional DEFENDANTS (names and addresses) Officer Melanie Tengblad, Officer Fritz Klein, Officer Steve Shaw, Officer Ken Kens, Patricia (Patti) Jones [Sergeant] William (Bill) Parker [captain Property] 1111 North Road P.O. Box 800 Mauston, WI 53948

## III. STATEMENT OF CLAIM (follow instructions carefully)

State briefly as possible the *essential facts* of your case. Tell what each defendant did to you that caused you to file this suit against them. If you are complaining about more than one wrong, use a separate ***numbered*** paragraph for each wrong, and describe each wrong in that paragraph and only that paragraph. State only the facts. *Do not give any legal theories or arguments, do not cite any cases or statutes. Do not feel you have to use all the space.* USE NO MORE THAN THE SPACE PROVIDED. THE COURT STRONGLY DISAPPROVES OF STATING CLAIMS OUTSIDE THE SPACE PROVIDED.

Begin statement of claim: On Saturday, 3-07-09, the facility received mail for me. On Monday the 9th officer Melanie Tengblad came to AC, between 9:30 or 10:00 clock and told me that I could not have my property mail; which was a glass bottle of religious cologne. I asked to store it or place it on the complaint shelf so I can file a complaint.

When I check my mail later there was a Property Receipt/Disposition saying "trash" [My Property]. When I saw the Property Receipt/Disposition I ask P.C.T. Larry McDonald to call a caption. He said I would have to talk to P.C.S. Mike Lutz, who never showed up.

The property has not been seen by me since.

On Friday, 4-10-09, the facility received mail for me. Officer Fritz Klein came to AC, between 9:30 or 10:00 clock and told me that I could not have my property mail; a 12 crayola twistable pencils set. On the Property Receipt/Disposition I told him do not throw away. He wrote "out on visit", Disregarding what I told him.

When he came back later he changed his mind and would not let them go out on a visit. I asked to store them or place it on the complaint shelf, so I could file

STATEMENT OF CLAIM CONTINUED

a complaint.

When he came back later he said here is a new Property Receipt/Disposition that said that "property throw a set of 12 crayola twistable pencils in the "trash".

On Monday, 7-06-09 & 7-15-09 the facility received mail for me. On Monday the 6th & on Wednesday the 15th Officer Steve Shaw came to AC, between 9:30 or 10:00 clock and told me that I could not have my, which was DVD "Jesus The Lost Years", Metal religious key chain, sunglasses case and watch case. Shaw informed me that he would be throwing them away. And thats what he did.

On Tuesday, 9-22-09 the mail room received mail for me. Officer Ken Kens dropped of our mail and I had a Property Receipt/Disposition form in my mail box saying that I received one Brass/Leather Key Ring Arrowhead. And disposed per contraban garbage policey. End of Statement

## IV. RELIEF YOU REQUEST

State exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. DO NOT USE THIS SPACE TO STATE THE FACTS OF YOUR CLAIM. USE IT ONLY TO REQUEST REMEDIES FOR THE INJURIES YOU COMPLAIN ABOUT. Use only the space provided. The court strongly disapproves of requesting remedies outside the space provided.

Relief Demand in the amont of $75,000.00 dollars; for Pain & Saffering also Declaratory Relief in the amont of $250,000.00 in Judgment also Pantative Damages ordered by the Court on a set amont: for there malicious intent to By willful acts for destroyed resident/patients religious materials; Brass/Leather Key Ring Arrow Head, DVD Jesus The Lost Years Glass Bottle religious cologne, Key chain said T.B.N. Regular Property 1 set 12 crayola Twistable Pencils set, one sunglsss case, one watch case, Crimindal charges

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this 20 day of January, 2010.

Jesse Williams

(Signature of Plaintiff(s))

Subscribed and sworn to before me this 20th day of January, 2010.
Brenda [signature]
Notary Public, State of Wisconsin
My commission expires: 09-30-2012